336 A.2d 879
**COMMONWEALTH of Pennsylvania,
Appellee,**

v.

**Clarence V. SAUNDERS, Appellant.**

Supreme Court of Pennsylvania.

Submitted Nov. 27, 1974.

Decided May 13, 1975.

Josephine A. Nelson, Philadelphia, for appellant.

F. Emmett Fitzpatrick, Dist. Atty., Richard A. Sprague, 1st Asst. Dist. Atty., Steven H. Goldblatt, Asst. Dist. Atty., Chief, Appeals Division, Philadelphia, William C. Turnoff, Asst. Dist. Atty., Mark Sendrow, Asst. Dist. Atty., Assistant Chief, Appeals Division, Abraham J. Gafni, Deputy Dist. Atty., for Law, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

## ORDER

PER CURIAM.

Order affirmed.